IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALFONSO MENDOZA PEREZ                                    PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-10-DCB-BWR

RAFAEL VERGARA                                          RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 9], which recommends that Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice. The basis for this recommendation is that This argument is now foreclosed by Buenrostro-Mendez v. Bondi, 166 F.4th 494 (5th Cir. 2026), reh'g en banc denied (Apr. 9, 2026). According to Buenrostro, Petitioner, an applicant for admission, has no statutory right to a bond hearing. Id. at 498, 502-08. The Report was entered on May 8, 2026, and objections were due by May 22, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1] and Judge Rath's Report, finds that Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 9] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the  27th  day of May, 2026.

s/David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2